ORIGINAL

MTN
Thomas Pham
Oanh Pham
7624 Golden Lantern Court
Las Vegas, Nevada 89139
(702) 360-9229
*In Proper Person*

RECEIVED & FILED

SEP 18  3 04 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEVADA

In Re:

    Pham, Thomas
    Pham, Oanh,

        Debtors.

Case No.: 09-25519

**MOTION TO CONVERT CHAPTER 7 FILING INTO CHAPTER 13 PLAN**

October 20, 2009
2:30PM

**COMES NOW**, Debtors, Thomas Pham and Oanh Pham, and hereby request to the Court to grant its motion to convert the Chapter 7 filing into a proper Chapter 13 Plan, as Debtor is a real estate agent and monthly income varies on any given month.

Joint Debtor is a 1099 employee, and her income varies each and every month.

Debtor's initial filing of a Chapter 7 Petition was initiated to stop the foreclosure process of the residence located at 7624 Golden Lantern Court, Las Vegas, Nevada 89139.

Debtors would like to be given the opportunity of filing a Chapter 13 Plan to repay creditors, and have an attempt to save their home, by renegotiating the mortgage with the lender.

**CONCLUSION**

**WHEREFORE** it is respectfully requested that Debtors MOTION TO CONVERT CHAPTER 7 FILING INTO CHAPTER 13 PLAN be entered in favor of Debtors, as well as any

////

////

1

other relief this court deems just and proper in the premises.

    Dated September 15, 2009.

Respectfully Submitted

*[signature]*

_____
Original Signature

Thomas Pham
Oanh Pham
7624 Golden Lantern Court
Las Vegas, Nevada 89139
(702) 360-9229
*In Proper Person*
