**NOT**
Thomas T. Pham
Oanh T. Pham
7624 Golden Lantern Court
Las Vegas, Nevada 89139

RECEIVED AND FILED
2009 NOV 20 PM 2:58
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re: )
  ) Case No.: 09-25519
Pham, Thomas T. )
Pham, Oanh T. ) **MOTION TO RE-VALUE COLLATERAL**
  ) **PURSUANT TO 11 U.S.C. §506(a) AND**
Debtor(s). ) **§1322**
  )
  )
  )
  )

## MOTION TO RE-VALUE COLLATERAL

## PURSUANT TO 11 U.S.C. §506(a) AND §1322

**COMES NOW**, Debtors above-named, in proper person, and hereby moves this Honorable Court to re-value collateral, in this matter.

1. The debtors currently own the property located at (hereinafter the "subject property").

2. The value of the Subject property is $446,534.00.

3. The Subject Property is subject to a priority lien by WELLS FARGO HOME MORTGAGE in the amount of $570,000.00.

4. Currently the property holds no equity and is considered upside down by $123,466.00.

5. Debtor's have filed the instant action, and requests a loan modification for the subject property.

**WHEREFORE**, Debtors pray for the following:

1. Grant Debtor's **MOTION TO RE-VALUE COLLATERAL PURSUANT TO 11 U.S.C. §506(a) AND §1322**, in its entirety;

2. Such other relief as the Court deems just and proper.

DATED this 19 day of NOV, 2009.

Submitted by:

_____
(Debtor) Original Signature

Thomas T. Pham
7624 Golden Lantern Court
Las Vegas, Nevada 89139

Submitted by:

_____
(Joint Debtor) Original Signature

Oanh T. Pham
7624 Golden Lantern Court
Las Vegas, Nevada 89139

## CERTIFICATE OF SERVICE

I hereby certify that I, Maggie Niezgoda, served the foregoing **NOTICE OF MOTION AND MOTION TO RE-VALUE COLLATERAL PURSUANT TO 11 U.S.C. §506(a) AND §1322** by depositing a true copy thereof into the U.S. Mails, postage prepaid and addressed to the following:

Wells Fargo Home Mortgage
PO Box 10368
Des Moines, IA 50306

_____
Maggie Niezgoda